**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ASHLEY MOSBY**                                                                                                      **PLAINTIFF**

**V.**                                                    **NO: 4:20CV149-M-S**

**JEHLANI KING aka Okpala Manneh, et al.**                             **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE OF
CAPITAL ONE BANK (USA), N.A.**

Pursuant to a [61] Notice of Voluntary Dismissal filed by the Ashley Mosby, the plaintiff in this case, it is hereby **ORDERED** that Capital One Bank (USA), N.A. be dismissed with prejudice as a party to this matter.

This the 7th day of December, 2020.

                                                   **/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**