**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **ASHLEY MOSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **4:20-cv-00149-MPM-DAS** |
| | ) | |
| **CARMAX BUSINESS SERVICES, LLC d/b/a CarMax Auto Finance; ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF CONDITIONAL SETTLEMENT

**COMES NOW** Defendant CarMax Business Services, LLC ("CarMax") by and through its undersigned counsel, and hereby informs the Court that a conditional settlement of the present matter has been reached as to all claims of plaintiff Ashley Mosby ("Plaintiff") against CarMax in this action.

CarMax, therefore, requests that this Honorable Court give the parties 60 days to finalize the settlement and file the necessary dismissal papers.

If Plaintiff is unable to fulfill the terms of the settlement within 60 days, the parties request that CarMax be allowed to file its answer to the complaint on or before February 14, 2021.

Respectfully submitted this the 7th day of December, 2020.

*/s/ R. Frank Springfield*

R. Frank Springfield (MS Bar No. 100518)
BURR & FORMAN, LLP
420 North 20th Street, Ste. 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
E-mail: fspringfield@burr.com
Attorney for Defendant
CARMAX BUSINESS SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by United States mail, postage prepaid on this the 7th day of December, 2020:

Derek D. Hopson
HOPSON LAW GROUP
P.O. Box 266
Martin Luther King Blvd.
Clarksdale, MS 38614

Evan Nicholas Parrott
MAYNARD, COOPER & GALE, P.C.
11 North Water Street, Suite 24290
Mobile, AL 36602

Stephen J. Bumgarner
MAYNARD COOPER & GALE, P.C.
1901 Sixth Ave N., Suite 1700
Birmingham, AL 35203

George D. Hembree , III
Stephen T. Masley
MCGLINCHEY STAFFORD
1020 Highland Colony Parkway, Suite 702
Ridgeland, MS 39157

Elizabeth Windsor Burton
MCCALLA RAYMER LEIBERT PIERCE, LLC
1052 Highland Colony Pkwy., Suite 211
Ridgeland, MS 39157

Sheryl Bey
BAKER, DONELSON, BEARMAN & CALDWELL
P.O. Box 14167
Jackson, MS 39236

Patrick Ryan Beckett
John Dollarhide
La'Toyia Jenessa Slay
BUTLER SNOW LLP
P. O. Box 6010
Ridgeland, MS 39158-6010

Brandon I. Dorsey
BRANDON I. DORSEY, PLLC
P.O. Box 13427
Jackson, MS 39236-3427

Morgan McPhail Keup
JERNIGAN COPELAND ATTORNEYS, PLLC
970 Ebenezer Boulevard
P.O. Box 2249
Madison, MS 39130

Brittan Webb Robinson
STONE HIGGS & DREXLER
150 Court Avenue
Memphis, TN 38103

Stephanie J. Bentley
McGuireWoods LLP
2001 K. St. NW
Washington, DC 20006

*s/ R. Frank Springfield*
OF COUNSEL