**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ASHLEY MOSBY**                                                                           **PLAINTIFF**

**V.**                                                     **NO: 4:20CV149-M-S**

**JEHLANI KING, also known as Okpala
Manneh, et al.**                                                   **DEFENDANTS**

**ORDER OF DISMISSAL OF
BANK OF AMERICA, N.A.
WITH PREJUDICE**

Pursuant to a [77] Notice of Settlement with Bank of America, N.A. and [78] Notice of Settlement and Voluntary Dismissal of Defendant Bank of America, N.A. filed by the parties in this case, it is hereby **ORDERED** that Bank of America, N.A. be **DISMISSED WITH PREJUDICE** and terminated as a party in this cause.

This the 9th day of February, 2020.

                                                      **/s/ Michael P. Mills**
                                                      **UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**