**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ASHLEY MOSBY** **PLAINTIFF**

**V.** **NO: 4:20CV149-MPM-DAS**

**JEHLANI KING, ETC., ET AL.** **DEFENDANTS**

# ORDER

On August 26, 2021, Plaintiff/Counter-Defendant Ashley Mosby filed a bankruptcy petition, and the notice filed at docket entry 95 indicates that this filing operates as an automatic stay in this case. It is unclear to this court how long this stay will be in effect, or what the ultimate effect of the bankruptcy on this case will be. In light of this uncertainty, and this court's inability to rule upon any pending motions, it will dismiss the pending motion for summary judgment filed in this case without prejudice to it being re-filed after the stay is lifted.

It is therefore ordered that defendant's motion for summary judgment [92] is dismissed without prejudice.

So ordered, this, the 28th day of January, 2022.

**/s/ Michael P. Mills__________________**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**