IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ASHLEY MOSBY                                                                    PLAINTIFF

V.                                                                      NO: 4:20CV149-MPM-DAS

JEHLANI KING, ETC., ET AL.                                                    DEFENDANTS

## ORDER

This cause comes before this court on its own motion, administratively closing this case in light of the fact that it remains stayed based on ongoing bankruptcy proceedings and is thus dormant. The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; *i.e.*, administratively closed cases are not counted as active. *See Lehman v. Revolution Portfolio LLC*, 166 F.3d 389, 392 (1st Cir.1999) ("This method is used in various districts throughout the nation in order to shelve pending, but dormant, cases."); *Mire v. Full Spectrum Lending Inc.*, 389 F.3d 163, 167 (5th Cir.2004). The parties are advised to notify this court when the bankruptcy stay is lifted, so this case can be returned to active status.

In light of the foregoing, it is ordered that this case is administratively closed.

So ordered, this, the 13th day of January, 2023.

UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1