**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **ASHLEY MOSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **4:20-cv-00149-MPM-DAS** |
| | ) | |
| **CARMAX BUSINESS SERVICES, LLC d/b/a CARMAX AUTO FINANCE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Ashley Mosby ("Plaintiff") and Defendant Carmax Business Services, LLC d/b/a Carmax Auto Finance ("Carmax"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of all claims asserted by Plaintiff against Carmax in this litigation with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. This Joint Stipulation of Dismissal does not affect Plaintiff's claims against any other defendants.

Respectfully submitted this 3 day of February, 2023.

/s/ [signature]
R. Frank Springfield, MSB #100518
BURR & FORMAN LLP
420 N. 20th St., Ste. 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Email: fspringfield@burr.com

Attorney for Defendant
CARMAX BUSINESS SERVICES, LLC D/B/A
CARMAX AUTO FINANCE

/s/ Derek D Hopson w/permission RFS
Derek D. Hopson, Sr., MSB #10514
HOPSON LAW GROUP
P.O. Box 266
601 Dr. Martin Luther King, Jr. Blvd., Ste. A
Clarksdale, Mississippi 38614
Email: derekhopsonsr@hopsonlawfirm.net

Attorney for Plaintiff
ASHLEY MOSBY

/s/ [signature]
Plaintiff Ashley Mosby



Doc ID: 21713cb9516fbc300b0a58565fd8a716507cb441

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and/or by First-Class United States Mail, postage prepaid:

Derek D. Hopson, Sr.
HOPSON LAW GROUP
P.O. Box 266
601 Dr. Martin Luther King, Jr. Blvd., Ste. A
Clarksdale, Mississippi 38614
Email: derekhopsonsr@hopsonlawfirm.net

Attorney for Plaintiff/Counter-Defendant
ASHLEY MOSBY

Brittan Webb Robinson
STONE HIGGS & DREXLER
150 Court Ave.
Memphis, Tennessee 38103
Email: brobinson@stonehiggsdrexler.com

Attorney for Defendant/Counter-Claimant
FEDEX EMPLOYEES CREDIT UNION

Elizabeth Windsor Burton
MCCALLA RAYMER
LEIBERT PIERCE, LLC
1022 Highland Colony Pkwy, Ste. 304
Ridgeland, Mississippi 39157
Email: beth.burton@mccalla.com

Attorney for Counter-Claimant
HUNTINGTON NATIONAL BANK

Evan Nicholas Parrott
MAYNARD, COOPER & GALE, P.C.
11 North Water St., Ste. 24290
Mobile, Alabama 36602
Email: eparrott@maynardcooper.com

Stephen J. Bumgarner
MAYNARD COOPER & GALE, P.C.
1901 Sixth Ave N., Ste. 1700
Birmingham, Alabama 35203
Email: sbumgarner@maynardcooper.com

Attorneys for Counter-Claimant
MERCEDES-BENZ FINANCIAL SERVICES USA LLC

Jehlani King a/k/a Okpala Manneh
9317 S Riveredge Dr.
Memphis, Tennessee 38018

Pro se Defendant

Trantor Management, Inc.
d/b/a Trantor Atlanta Lofts
1535 Mason Mill Rd.
Atlanta, Georgia 30329

Pro se Defendant

OF COUNSEL