IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MOSBY,<br><br>PLAINTIFF<br><br>V.<br><br>JEHLANI KING, Also Known As Okpala Manneh; CARMAX BUSINESS SERVICES, LLC, Also Doing Business As CarMax Auto Finance; MERCEDES-BENZ FINANCIAL SERVICES USA LLC, et al.<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 4:20-cv-00149 |

**JOINT STIPULATION FOR ENTRY OF DECLARATORY JUDGMENT AS TO MERCEDES-BENZ FINANCIAL SERVICES USA LLC'S COUNTERCLAIM**

**COMES NOW** Defendant/Counterclaim Plaintiff Mercedes-Benz Financial Services USA LLC ("MBFS") and Plaintiff/Counterclaim Defendant Ashley Mosby's ("Counterclaim Defendant") and, pursuant to Rule 58, Fed. R. Civ. P., hereby jointly stipulate to the entry of a judgment addressing MBFS' Counterclaim as follows:

1. On or about January 9, 2020, Counterclaim Defendant purchased a 2017 Mercedes-Benz S550 (Serial No. WDDUG8FB5HA335772) (the "Vehicle") from Autorama, Inc., which does business as Mercedes-Benz of Memphis. On that same date, Autorama, Inc. fully assigned its interest in the Retail Installment Sales



Doc ID: e0b45739a78db942f13066f76d18fbb7bcc7fd3a

Contract (the "Contract") to MBFS. By executing the Contract, Counterclaim Defendant agreed to finance the Vehicle under the Contract's terms and conditions.

2. MBFS has a security interest in the Vehicle, as it holds a first lien on the Vehicle.

3. On February 9, 2021, MBFS filed a Counterclaim (Doc. 80) against Counterclaim Defendant, asserting two (2) claims: (1) Breach of Contract for the failure to make required installment payments, and (2) Replevin, as MBFS is entitled to immediate possession of the Vehicle.

4. On August 26, 2021, Counterclaim Defendant filed a Chapter 7 Voluntary Petition for Bankruptcy [Doc. 1] in the U.S. Bankruptcy Court for the Northern District of Mississippi, bearing Case No. 21-11614-JDW ("Bankruptcy Proceeding").

5. On September 28, 2021, the Bankruptcy Court entered an Order [Doc. 31] in the Bankruptcy Proceeding granting MBFS relief from the automatic stay as to the Vehicle along with directing the Trustee to abandon its interest in the Vehicle.

6. On November 4, 2022, the Bankruptcy Court issued an Order of Discharge in Bankruptcy Proceeding, bearing Case No. 21-11614-JDW.

7. As a result of the Bankruptcy Discharge, the parties agree that the Breach of Contract Counterclaim is due to be dismissed, as Counterclaim



Doc ID: e0b45739a78db942f13066f76d18fbb7bcc7fd3a

Defendant's personal liability under the Contract was extinguished in the Bankruptcy Proceeding.

8. With regard to the Replevin Counterclaim, the parties agree that MBFS is entitled to a judgment in its favor declaring that MBFS has an enforceable first lien security interest in the Vehicle and is entitled to immediate possession of the Vehicle, free and clear of any liens or encumbrances, against any person or entity in actual possession of the Vehicle, other than Counterclaim Defendant Mosby. Counterclaim Defendant Mosby affirmatively stated in her bankruptcy pleadings that she was not in possession of the Vehicle. Nonetheless, the parties agree that MBFS is entitled to immediate possession of the Vehicle, regardless of its whereabouts.

9. In connection with the entry of a judgment on the Replevin Counterclaim, MBFS agrees that it will not seek to recover from Plaintiff any amounts due and owing under the Contract.

10. The parties further agree that there is no just reason for the delay in the entry of a judgment for MBFS' Counterclaim on the above-terms.

Done this 4th day of May 2023.



Doc ID: e0b45739a78db942f13066f76d18fbb7bcc7fd3a

**AGREED AS TO CONTENT AND ENTRY BY:**

*/s/ Stephen J. Bumgarner*
Stephen J. Bumgarner
Attorney for Defendant/Counterclaim Plaintiff
Mercedes-Benz Financial Services USA LLC

**OF COUNSEL**:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Phone: (205) 254-1000
Fax: (205) 254-1999
sbumgarner@maynardcooper.com

*/s/ Derek D. Hopson, Sr.*
Derek D. Hopson, Sr., MSB#10514
Attorney for Plaintiff/Counterclaim Defendant
Ashley Mosby

**OF COUNSEL**:
HOPSON LAW GROUP
P. O. Box 266
601 Dr. Martin Luther King, Jr., Blvd., Suite A
Clarksdale, MS 38614
Telephone: (6062) 624-4100
E-mail: derekhopsonsr@hopsonlawfirm.net

______________________________
Ashley Mosby