**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ASHLEY MOSBY**                                                              **PLAINTIFF**

**V.**                                                                  **NO: 4:20CV149-MPM-DAS**

**JEHLANI KING, ETC., ET AL.**                                          **DEFENDANTS**

## ORDER CLOSING CASE

On May 19, 2023, this court entered a joint stipulation for declaratory judgment. Counsel have submitted an e-mail to this court in which they represent that "[a]fter much negotiation and revision, we have a proposed order for the Court to consider, which should end this Counterclaim and the entire case." Based upon the parties' representation that their dispute is now resolved, this court finds no ongoing case or controversy in this matter, and this case will therefore be closed.

It is therefore ordered that this case is closed.

So ordered, this, the 30 day of May, 2023.

UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1